IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-50730

_____

United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 29, 2005**

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD AARON FIELDS

Defendant - Appellant

----------------------
Appeal from the United States District Court
for the Western District of Texas
(04-CR-86)
----------------------

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that Appellee's motion to vacate the sentence is granted.

IT IS FURTHER ORDERED that Appellee's motion to remand the case to the Western District of Texas, Waco Division for resentencing is granted.

_____

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

IT IS FURTHER ORDERED that Appellee's alternative request for an extension of time to file the Appellee's brief 14 days from the denial of Appellee's motion to vacate and remand is denied as moot.